CHARLES C. COLGAN et al., appellants,

*v.*

ELLEN E. ALLEN, respondent.

[Submitted February 12th, 1932.   Decided May 16th, 1932.]

452

454

455

*Mr. Saul Nemser,* for the appellants.

*Mr. Richard Doherty,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons expressed in the opinion filed in the court below by Vice-Chancellor .Fielder.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CAMPBELL, LLOYD, BODINE, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, KERNEY, JJ. 12.

*For reversal*—CASE, J. 1.